**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DINA SCOPELLITI, | |
| Plaintiff, | CIVIL ACTION NO. 3:18-CV-00040 |
| v. | (JUDGE CAPUTO) |
| TRADITIONAL HOME HEALTH AND HOSPICE, | |
| Defendant. | |

## ORDER

**NOW**, this 20th day of April, 2018, upon consideration of the pending motion and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

(1) Defendant Traditional Home Health and Hospice's Motion to Dismiss (Doc. 10) Plaintiff Dina Scopelliti's Amended Complaint (Doc. 6) is **GRANTED in part and DENIED in part** as follows:

(a) Count I of the Amended Complaint is **DISMISSED with prejudice**;

(b) Counts II and III of the Amended Complaint **SHALL NOT** be **DISMISSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge