IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DINA SCOPELLITI, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | 3:18-CV-40 |
| | : | (JUDGE MARIANI) |
| TRADITIONAL HOME HEALTH AND HOSPICE | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW, THIS 2ND DAY OF JUNE, 2020**, upon *de novo* review of Magistrate Judge Carlson's Reports and Recommendations ("R&Rs") (Doc. 63, Doc. 70), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The R&Rs (Doc. 63, Doc. 70) are **ADOPTED** for the reasons stated therein as well as those set forth in this Court's memorandum opinion.[1]

2. Plaintiff's Objections (Docs. 64, 65, 72, 73) are **OVERRULED** for the reasons set forth in the accompanying memorandum opinion.

3. Defendant's Objections (Doc. 68, 69) are **OVERRULED** for the reasons set forth in the accompanying memorandum opinion.

---

[1] Although the Court adopts Magistrate Judge Carlson's factual findings and legal reasoning and conclusions, the Court declines to adopt the R&Rs suggestion that the parties' motions for summary judgment as to the ADA and ADAA claim be dismissed without prejudice subject to later renewal on a clearer and more precise record, as this Court has determined that trial on the facts and issues in dispute is necessary.

4. The Motion for Summary Judgment of Defendant Traditional Home Health and Hospice, LLC (Doc. 23) is **DENIED**.

5. Plaintiff Dina Scopelliti's Motion for Partial Summary Judgment (Doc. 29) is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge