IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DINA SCOPELLITI, :
:
      Plaintiff, :
:
v. : 3:18-CV-40
: (JUDGE MARIANI)
TRADITIONAL HOME HEALTH :
AND HOSPICE :
:
      Defendant. :

**ORDER**

**AND NOW, THIS** \_\_\_24th\_\_\_ **DAY OF SEPTEMBER, 2021**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's "Motion in Limine to Preclude Plaintiff from Introducing Statements Allegedly made by Co-Workers Regarding her Separation from Employment and/or Workplace Discrimination" (Doc. 91) is **DENIED WITHOUT PREJUDICE**.

2. Defendant's "Motion in Limine to Preclude Plaintiff's Claim for Back Pay Damages" (Doc. 93) is **DENIED WITHOUT PREJUDICE**.

3. Defendant's "Motion in Limine to Preclude Plaintiff's Claim for Punitive Damages" (Doc. 95) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Plaintiff is precluded from recovering punitive damages for her claims of retaliation under the ADA/ADAAA and FMLA.

    b. Defendant's motion is denied in all other respects.

4. Defendant's "Motion in Limine to Preclude Plaintiff's Claim for Emotional Distress Damages" (Doc. 97) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Plaintiff is precluded from recovering emotional distress damages for her claims of retaliation under the ADA/ADAAA and FMLA.

    b. Defendant's motion is denied in all other respects.

5. Defendant's "Motion in Limine to Preclude Testimony of Plaintiff's Treating Physicians" (Doc. 99) is **GRANTED** as follows: Plaintiff's treating physicians, having been offered by Plaintiff as lay witnesses, and not as experts,[1] will be limited to testimony regarding their diagnosis and treatment of Plaintiff and will not be permitted to offer expert opinions as to the cause of her injuries or her prognosis.

_____
Robert D. Mariani
United States District Judge

---

[1] (*See* Doc. 110, at 2).