AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| DINA SCOPELLITI,<br>*Plaintiff*<br>v.<br>TRADITIONAL HOME HEALTH AND HOSPICE,<br>*Defendant* | )<br>)<br>)<br>) Civil Action No.   3:18-CV-0040<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X  other:   In accordance with the Court's Memorandum Opinion (Doc. 157), Judgment is entered in favor of Defendant, Traditional Home Health and Hospice, and against Plaintiff, Dina Scopelliti, on Plaintiff's retaliation claim under the Americans with Disabilities Act.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X  decided by Judge    Mariani, after the jury's advisory verdict.

Date:   November 22, 2021

CLERK OF COURT

/s/ Judith A. Malave, Deputy Clerk

*Signature of Clerk or Deputy Clerk*